**Order entered August 22, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-17-01378-CV

### IN RE HEDY A. RITTENMEYER, INDEPENDENT EXECUTOR OF THE ESTATE OF CHRISTOPHER ALLEN RITTENMEYER, DECEASED, Relator

---

**Original Proceeding from the Collin County Probate Court**
**Collin County, Texas**
**Trial Court Cause No. PB1-0072-2017**

---

## ORDER
Before Justices Lang-Miers, Myers, and Boatright

Based on the Court's opinion of this date, we **GRANT** relator's Motion for Rehearing. We **WITHDRAW** our April 19, 2018 opinion and order denying relator's petition for writ of mandamus. We **CONDITIONALLY GRANT** relator's petition. We **ORDER** the trial court to vacate the portion of the order signed November 7, 2017, that overrules relator's assertions of privilege in response to interrogatory number 2 and requests for production numbers 3, 6, and 9. We further **ORDER** the trial court to file with this Court, within **THIRTY DAYS**, a copy of the trial court's order issued in compliance with this Court's opinion and order of this date. Should the trial court fail to comply with this order, the writ will issue.


/s/     ELIZABETH LANG-MIERS
        JUSTICE